IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Regent, Inc. | ) ) ) | |
| v. | ) | Civil Action No. |
| Apotex, Inc. and Apotex Corp. | ) ) ) | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: January 31, 2024

Date of Expiration of Patent: July 1, 2041

Thirty Month Stay Deadline: July 31, 2026

| | |
|---|---|
| March 13, 2024 | /s/ Christopher Viceconte (#5568) |
| Date | Attorney(s) for Plaintiff |